**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DECHERI HAFER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNKNOWN,<br><br>　　　　Defendant. | Case No.: 1:20-cv-01426-NONE-JLT<br><br>ORDER TO SHOW CAUSE WHY THE ACTION SHOULD NOT BE DISMISSED FOR PLAINTIFF'S FAILURE TO COMPLY WITH THE COURT'S ORDER |

　　　　Plaintiff seeks to hold unidentified defendants liable for claims including violations of her civil rights and discrimination. On December 27, 2020, the Court reviewed the complaint and determined Plaintiff failed to allege facts sufficient to state a cognizable claim. (Doc. 11)  Additionally, the Court found Plaintiff failed to identify any named defendants in the caption. (*Id.*)  Therefore, Plaintiff's complaint was dismissed with leave to amend, within 30 days of the date of service of the Court's order. (*Id.* at 10)  To date, Plaintiff has not filed an amended complaint.

　　　　The Local Rules, corresponding with Fed. R. Civ. P. 11, provide: "Failure of counsel or of a party to comply with . . . any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court." Local Rule 110. "District courts have inherent power to control their dockets," and in exercising that power, a court may impose sanctions including dismissal of an action. *Thompson v. Housing Authority of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986). A court may dismiss an action with prejudice, based on a party's failure to prosecute

1

an action or failure to obey a court order, or failure to comply with local rules. *See, e.g. Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (dismissal for failure to comply with an order requiring amendment of complaint); *Malone v. U.S. Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987) (dismissal for failure to comply with a court order); *Henderson v. Duncan*, 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissal for failure to prosecute and to comply with local rules).

Accordingly, Plaintiff is **ORDERED** to show cause **within fourteen days** of the date of service of this order why the action should not be dismissed for the failure comply with the Court's order and failure to prosecute or to file an amended complaint.

IT IS SO ORDERED.

Dated:     **February 4, 2021**              **/s/ Jennifer L. Thurston**
                                             UNITED STATES MAGISTRATE JUDGE