UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECHERI HAFER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNKNOWN,<br><br>　　　　　Defendant. | No.  1:20-cv-01426-NONE-JLT<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS TO DISMISS THE ACTION WITHOUT PREJUDICE FOR PLAINTIFF'S FAILURE TO COMPLY WITH THE COURT'S ORDER AND FAILURE TO PROSECUTE<br><br>ORDER DIRECTING CLERK OF COURT TO ASSIGN DISTRICT JUDGE FOR PURPOSE OF CLOSING CASE AND THEN ENTER JUDGMENT AND CLOSE CASE<br><br>(Doc. No. 13) |

　　　　On September 24, 2020, the plaintiff filed in the Central District of California a document titled "Ex Parte Motion to Transfer Case to U.S. District Court."  (Doc. No. 1.)  On October 6, 2020, the Central District transferred the action to this court.  (Doc. No. 4.)  On October 13, 2020, this court issued an order directing the plaintiff to file a motion to proceed *in forma pauperis* or pay the filing fee.  (Doc. No. 6.)  After reviewing plaintiff's application (Doc. No. 9), the court granted plaintiff's motion to proceed *in forma pauperis* on December 14, 2020.  (Doc. No. 10).  Because plaintiff failed to allege facts sufficient to support her claims, the complaint was dismissed with leave to amend.  (Doc. No. 11.)  On February 5, 2021, the court issued an order to

1

show cause why the action should not be dismissed for failure to comply with the court's order. (Doc. No. 12.) On February 24, 2021, the court issued findings and recommendations to dismiss the action without prejudice for plaintiff's failure to comply with the court's order and failure to prosecute. (Doc. No. 13.) In addition, the plaintiff was "advised that failure to file objections within the specified time may waive the right to appeal the District Court's order." (*Id.* at 4, citing *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991); *Wilkerson v. Wheeler*, 772 F.3d 834, 834 (9th Cir. 2014).) To date, no objections have been filed and the time period for doing so has expired.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and *Britt v. Simi Valley United School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983), this court conducted a *de novo* review of the case. Having carefully reviewed the file, the court finds the findings and recommendations are supported by the record and proper analysis.

Accordingly, the court ORDERS:

1. The findings and recommendations dated February 24, 2021 (Doc. No. 13) are ADOPTED IN FULL;
2. The action is DISMISSED without prejudice; and
3. The clerk of court is DIRECTED to assign a district judge to this case for the purpose of closing the case and then to ENTER JUDGMENT and close the case.

IT IS SO ORDERED.

Dated:   **March 19, 2021**                    _Dale A. Drozd_
                                               UNITED STATES DISTRICT JUDGE

2